IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JESSE JAMES RAYBURN
ADC #153338                                                                  PLAINTIFF

v.                              No. 2:14-cv-7-DPM

BURL, Warden, East Arkansas Regional
Unit, ADC; SIDNEY LARRY, Corporal, East
Arkansas Regional Unit, ADC; DONALD HEATH,
Lieutenant, East Arkansas Regional Unit; and
LENNY LARRY, in his Individual Capacity                DEFENDANTS

## JUDGMENT

1. Rayburn's claims against Burl and Sidney Larry are dismissed without prejudice.

2. Rayburn's claims against Heath in his official capacity are dismissed without prejudice.

3. Rayburn's claims against Heath and Lenny Larry in their individual capacities are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 December 2015